**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02049

KHUMBA FILM PTY. LTD.,
a South Africa proprietary limited company,

      Plaintiff,

vs.

JOHN DOE 1, et.al.,

      Defendants.

---

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**

---

Khumba Film Pty. Ltd. ("Khumba"), by and through its counsel, Scott T. Kannady, of the law firm Brown & Kannady, LLC, pursuant to Fed.R.Civ.P. 7.1, discloses as follows:

1. Khumba has one parent entity, Triggerfish Animation (Pty.) Ltd, a privately owned South Africa proprietary limited company.

2. There are no publicly held entities that own ten percent or more ownership interest in Khumba.

DATED: July 23, 2014.

                      **BROWN & KANNADY, LLC**

                      By: /s/ Scott T. Kannady
                      Scott Kannady, No. 29995
                      David J. Meretta, No. 44409
                      Brown & Kannady, LLC
                      2000 S. Colorado Blvd., Suite 2-610
                      Denver, CO 80222
                      Phone: (303) 757-3800
                      Fax: (303) 757-3815
                      E-mail: scott@brownlegal.com
                      E-mail: david@brownlegal.com
                      Attorneys for the Plaintiff