**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

KHUMBA FILM PTY. LTD.,
a South Africa proprietary limited company,

**MONTHLY STATUS REPORT**

COMES NOW Khumba Film Pty. Ltd., ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 14-cv-02049:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on July 29, 2014.

**Civil Action No. 14-cv-02075:** Plaintiff served subpoenas on Comcast Cable Communications, LLC on July 29, 2014.

Respectfully submitted this 12th day of August, 2014.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail: scott@brownlegal.com

ATTORNEYS FOR PLAINTIFF

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on 12th day of August 2014, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                                        By: /s/ Maegan Stevens
                                        Maegan M. Stevens, Paralegal
                                        Brown & Kannady, LLC